UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ERIC SHAFFER,<br><br>            Defendant. | No.  2:15-cr-000096-JAM<br><br>**ORDER FOR VOLUNTARY SURRENDER** |

   Defendant Eric Shaffer ("Defendant"), having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California before 2:00 p.m. on February 23, 2016.  It is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence on the date indicated by this Order.  All conditions of pretrial release shall remain in effect until Defendant surrenders in accordance with this Order.  The Court retains jurisdiction to modify the voluntary surrender date upon a showing of good cause.

   IT IS SO ORDERED.

Dated: January 12, 2016

                              /s/ John A. Mendez_____
                              United States District Court Judge

1